

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
## EL PASO

CRAIG LEE SMITH,        )

       )      No. 08-13-00044-CR

       Appellant,       )

       )      Appeal from 97th District

vs.       )

       )      Court of Montague County, Texas

THE STATE OF TEXAS,       )

       )      (TC# 2012-0119M-CR)

       State.       )

       )

## O R D E R

The Appellant's brief in the above styled and numbered cause was due July 21, 2013, the Court having granted a third and final extension of time to file the brief until such date. As of this date no brief has been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before September 13, 2013.

IT IS SO ORDERED this 14th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.